```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

TRAVIS RANDALL CARNEY                                          PLAINTIFF

        v.                Civil No. 10-5102

CAPTAIN HUNTER PETRAY;
CAPTAIN ROBERT HOLLY; and
SHERIFF KEITH FERGUSON                                        DEFENDANTS

**ORDER**

    Now on this 6th day of July, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #14), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

    **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #14) is **adopted in its entirety**.

    **IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed on the grounds that he has failed to prosecute this action and that he has failed to keep the Court informed of his address. *See* Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE